NEIL J. BARKER, A PROF. CORPORATION
Neil J. Barker – State Bar # 75763
1100 E. Green Street
Pasadena, California 91106
Telephone: (626) 440-5980
Facsimile: (626) 395-9870
E-mail: neiljbarker@sbcglobal.net

Attorneys for Defendant
Vice President, Benefits, Emerson Electric Co.

THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
937 N. Crescent Heights Boulevard
Los Angeles, California 90046
Phone: (323) 300-6413
Fax: (323) 638-5883
Email: Brad@JewettLawGroup.com

Attorneys for Plaintiff
EDEN SURGICAL CENTER,
a California medical corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMERSON ELECTRIC CO. SELF-FUNDED MEDICAL PLAN; VICE PRESIDENT, BENEFITS, EMERSON ELECTRIC CO.,<br><br>Defendants. | Case No. CV 09-02554-MMM (RGx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)** |
|---|---|

163nb018

-1-

This Stipulation is entered into by and between plaintiff Eden Surgical Center (hereinafter "Eden Surgical") and defendant Vice President, Benefits, Emerson Electric Co. (hereainafter "VPBEEC"), through the parties' respective attorneys of record.

WHEREAS, the only remaining parties to the above-entitled action are Eden Surgical and VPBEEC, and

WHEREAS, Eden Surgical and VPBEEC have agreed to a resolution of the above-entitled action in accordance with the terms of the Settlement Agreement between the parties.

NOW, THEREFORE, the parties hereto stipulate and agree as follows:

The first amended complaint of Eden Surgical and the above-entitled action shall be dismissed with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:  August 17, 2009         NEIL J. BARKER,
                                A Professional Corporation


                                By:   /s/ Neil J. Barker
                                        Neil J. Barker
                                Attorneys for Defendant Vice President,
                                Benefits, Emerson Electric Co.


DATED:  August 17, 2009         THE JEWETT LAW GROUP, INC.


                                By:   /s/ Bradley E. Jewett
                                        Bradley E. Jewett
                                Attorneys for Plaintiff
                                Eden Surgical Center